UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                              Case No. 2:17-mj-19
                                              HON. TIMOTHY P. GREELEY

PATRICK JOSEPH SIEVERS,

        Defendant.
_____/

## **ORDER OF DETENTION**

Defendant appeared before the undersigned on May 25, 2017, for an initial appearance on the criminal complaint charging defendant with Possess with Intent to Distribute Methamphetamine. The government requested the defendant be detained pending further proceedings and detention hearing was scheduled for May 26, 2017 at 1:30 p.m.

Defendant shall be detained pending further proceedings.

IT IS SO ORDERED.

                                                                  /s/ Timothy P. Greeley
                                                                   TIMOTHY P. GREELEY
                                                                   UNITED STATES MAGISTRATE JUDGE

Dated: May 25, 2017